Case 19-11990-elf   Doc 18   Filed 07/14/19   Entered 07/15/19 00:52:58   Desc Imaged
                        Certificate of Notice    Page 1 of 4
```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                                  Case No. 19-11990-elf
Carol A Lingo                                                           Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: admin                  Page 1 of 2                  Date Rcvd: Jul 12, 2019
                               Form ID: 318                 Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2019.
db             +Carol A Lingo,    1728 Harrison Street,    Philadelphia, PA 19124-2748
14298150       +Amcol Systems Inc.,    PO Box 21625,    Columbia, SC 29221-1625
14298153       +Ar Resources Inc,    Pob 1056,    Blue Bell, PA 19422-0287
14298156       +Cap1/Boscov’s,    pO Box 30253,    Salt Lake City, UT 84130-0253
14298157        Capital Collections,    300 Route 73,    West Berlin, NJ 08091
14298161       +Charles Friedenberg DDS,    4609 Frankford Avenue,    Philadelphia, PA 19124-5803
14298166       +FBCS Inc,    330 S Wrminster Road,    Suite 353,    Hatboro, PA 19040-3433
14298167        Fed Loan Serv,    PO Box 87130,    Lincoln, NE 68501-7130
14298169        Financial Corporation of America,     PO BOX 203500,    Austin, TX 78720-3500
14298173       +Holmesburg Family Medicine Assoc,     8019 Frankford Avenue,    Philadelphia, PA 19136-2786
14298174       +Jeanes Hospital,    7600 Central Ave.,    Philadelphia, PA 19111-2499
14298175       +Jefferson Health,    PO Box 785992,    Philadelphia, PA 19178-5992
14298178       +Lendup/tab Bank,    225 Bush St,    San Francisco, CA 94104-4215
14298179       +Mercury Card/fb&t/tsys,    2220 6th St,    Brookings, SD 57006-2403
14298182       +Nazareth Hospital,    Payment Processing Center,    PO Box 219714,    Kansas City, MO 64121-9714
14298186       +PGW,    PO Box 11700,    Newark, NJ 07101-4700
14298185       +Penn Medicine,    UPHS Physicians Patient Pay,    PO Box 824406,    Philadelphia, PA 19182-4406
14298187       +Police and Fire Federal Credit Union,     901 Arch Street,    Philadelphia, PA 19107-2495
14298189       +Powerback Rehabiliation,    Lock Box 0215,    PO Box 7247,    Philadelphia, PA 19170-0001
14298190       +Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
14298191       +Reconstructive Orthopedics PA,    737 Main Street Suite 6,    Lumberton, NJ 08048-3089
14298192       +Rothman Institute,    PO Box 757910,    Philadelphia, PA 19175-7910
14303922       +Select Portfolio Servicing,    c/o Kevin G. McDonald, Esquire,     KML Law Group,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14298193       +Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14298194       +Stevens Business Service,    92 Bolt Street, Ste 1,    PO Box 1233,    Lowell, MA 01853-1233
14298196       +Tbom/contfin,    Pob 8099,    Newark, DE 19714-8099
14298198       +Thomas Jefferson University Hospital,     PO Box 8500-3100,    Philadelphia, PA 19178-0001
14298200       +United Revenue Collection Svc.,     PO Box 1184,    Langhorne, PA 19047-6184
14298201        Verve,    PO Box 6812,    Carol Stream, IL 60197-6812
14298202       +Virtua Health,    P.O. Box 8500-8267,    Philadelphia, PA 19178-0001
14298203       +Vital Recovery Services, LLC,    PO Box 923748,    Peachtree Cors., GA 30010-3748
14298204       +Willingboro Veterinary Clinic,    12 Sidney Lane,    Willingboro, NJ 08046-1412
14298205       +Workhealth,    PO Box 8500-6160,    Philadelphia, PA 19178-0001
14298206       +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: BTPDERSHAW.COM Jul 13 2019 07:03:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,    Warminster, PA   18974-0632
smg             E-mail/Text: megan.harper@phila.gov Jul 13 2019 03:12:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2019 03:11:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2019 03:12:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14298148       +EDI: AFNIRECOVERY.COM Jul 13 2019 07:03:00      AFNI,    1310 Martin Luther King Drive,
                 Bloomington, IL 61701-1465
14298149       +E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 13 2019 03:11:21      Alliance One,
                 4850 Street Road, Suite 300,    Feasterville Trevose, PA 19053-6643
14298152       +EDI: APPLIEDBANK.COM Jul 13 2019 07:03:00      Applied Bank,    PO Box 17125,
                 Wilmington, DE 19850-7125
14298154       +EDI: TSYS2.COM Jul 13 2019 07:03:00      Barclayscard,    Card Services,    P.O. Box 13337,
                 Philadelphia, PA 19101-3337
14298155       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jul 13 2019 03:13:26
                 Berks Credit & Collections, Inc.,    900 Corporate Drive,    Reading, PA 19605-3340
14298158       +EDI: CAPITALONE.COM Jul 13 2019 07:03:00      Capital One Bank,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
14298159       +EDI: RMSC.COM Jul 13 2019 07:03:00      Care Credit/GEMB,    PO Box 981439,
                 El Paso, TX 79998-1439
14298160       +EDI: PHINGENESIS Jul 13 2019 07:03:00      Cb Indigo/gf,    Po Box 4499,
                 Beaverton, OR 97076-4499
14298162       +EDI: COMCASTCBLCENT Jul 13 2019 07:03:00      Comcast,    PO Box 3005,
                 Southeastern, PA 19398-3005
14298163       +EDI: RCSFNBMARIN.COM Jul 13 2019 07:03:00      Credit One,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
14298164        EDI: DIRECTV.COM Jul 13 2019 07:03:00      DirectV,    PO Box 11732,    Newark, NJ 07101
14298165       +E-mail/Text: egssupportservices@alorica.com Jul 13 2019 03:12:25      EGS Financial Care Inc,
                 4740 Baxter Road,    Virginia Beach, VA 23462-4484
14298170       +EDI: AMINFOFP.COM Jul 13 2019 07:03:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
14298171       +EDI: RMSC.COM Jul 13 2019 07:03:00      GECRB/Care Credit,    P.O. Box 981439,
                 El Paso, TX 79998-1439
```

```
District/off: 0313-2          User: admin                Page 2 of 2                   Date Rcvd: Jul 12, 2019
                              Form ID: 318               Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14298172       +EDI: RMSC.COM Jul 13 2019 07:03:00      GECRB/JC Penny,    Attention: Bankruptcy,   PO Box 103104,
                 Roswell, GA 30076-9104
14298176       +E-mail/Text: bncnotices@becket-lee.com Jul 13 2019 03:11:26      Kohls/Capone,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
14298177       +E-mail/Text: bk@lendingclub.com Jul 13 2019 03:13:05       Lending Club Corp,    71 Stevenson,
                 San Francisco, CA 94105-2985
14298180       +EDI: MERRICKBANK.COM Jul 13 2019 06:58:00      Merrick Bank Corp,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
14298181       +EDI: MID8.COM Jul 13 2019 07:03:00      Midland Funding,    8875 Aero Drive,    Suite 200,
                 San Diego, CA 92123-2255
14298183       +EDI: AGFINANCE.COM Jul 13 2019 07:03:00      Onemain,   Po Box 1010,    Evansville, IN 47706-1010
14298184       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 13 2019 03:11:34      PECO,    P.O. Box 37629,
                 Philadelphia, PA 19101-0629
14298188       +EDI: PRA.COM Jul 13 2019 07:03:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
14298151        EDI: AGFINANCE.COM Jul 13 2019 07:03:00      American General Finance,    600 N. Royal Avenue,
                 Evansville, IN 47715
14298195       +EDI: RMSC.COM Jul 13 2019 07:03:00      Syncb/walmart,    Po Box 965024,   Orlando, FL 32896-5024
14298731       +EDI: RMSC.COM Jul 13 2019 07:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
14298197       +EDI: WTRRNBANK.COM Jul 13 2019 07:03:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
14298199       +E-mail/Text: bankruptcydepartment@tsico.com Jul 13 2019 03:13:17      Transworld Systems Inc,
                 500 Virginia Drive,   Suite 514,   Fort Washington, PA 19034-2707
                                                                                               TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14298168        Fed Loan Serv,   PO Box 87130
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
         KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
          for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bkgroup@kmllawgroup.com
         PAUL H. YOUNG    on behalf of Debtor Carol A Lingo support@ymalaw.com, ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
         TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carol A Lingo** | Social Security number or ITIN **xxx–xx–1297** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **19–11990–elf**

## Order of Discharge                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carol A Lingo

7/11/19                                                    **By the court:**   Eric L. Frank
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**