United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-11990-elf
Carol A Lingo                                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jul 17, 2019
                             Form ID: 195              Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db            +Carol A Lingo,    1728 Harrison Street,    Philadelphia, PA 19124-2748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@atlasacq.com Jul 18 2019 03:37:01     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:01      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                            TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Carol A Lingo support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          : Chapter 7

Carol A Lingo                                                   : Case No. 19−11990−elf

        Debtor(s)

### *ORDER*

_____

    AND NOW, this day , July 17, 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court